**JENNIFER CLARK**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**P.O. Box 8329**
**Missoula, MT 59807**
**105 E. Pine, 2nd Floor**
**Missoula, MT 59802**
**Phone:  (406) 542-8851**
**Fax:  (406) 542-1476**
**E-mail:  Jennifer.Clark2@usdoj.gov**

**FILED**

AUG 26 2020

Clerk, U.S Courts
District Of Montana
Missoula Division

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 20- 39 -M- DWM** |
| **Plaintiff,** | **INDICTMENT** |
| **vs.** | **TRANSPORTATION OF STOLEN FIREARMS OR AMMUNITION** |
| **JEREMY ANTHONY O'CANNA, and JOSEPH VERNON HOLMSTROM,** | Title 18 U.S.C. § 922(i) and § 2 (Count I) (Penalty:  Ten years imprisonment, $250,000 fine, and three years supervised release) |
| **Defendants.** | **PROHIBITED PERSON IN POSSESSION OF A FIREARM AND AMMUNITION** Title 18 U.S.C. § 922(g)(8) (Count II) (Penalty: Ten years imprisonment, $250,000 fine, and three years supervised release) |

1

| | |
|---|---|
| | **POSSESSION AND TRANSPORTATION OF FIREARM OR AMMUNITION BY PERSON UNDER INDICTMENT** Title 18 U.S.C. § 922(n) and § 2 (Count III) (Penalty:  Five years imprisonment, $250,000 fine, and three years supervised release) **POSSESSION WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES** Title 21 U.S.C. § 841(a)(1) and § 2 (Count IV) (Penalty: Mandatory minimum ten years to life imprisonment, $10,000,000 fine, and at least five years supervised release) **TITLE 21 PENALTIES MAY BE ENHANCED FOR PRIOR DRUG-RELATED FELONY CONVICTIONS** |

THE GRAND JURY CHARGES:

## COUNT I

That in or about and between December 11, 2019, and December 23, 2019, at Kalispell, in Flathead County, in the State and District of Montana, and elsewhere, the defendants, JEREMY ANTHONY O'CANNA and JOSEPH VERNON HOLMSTROM, knowingly transported in interstate commerce from Montana to Idaho, stolen firearms and ammunition, knowing and having reasonable cause to know the firearms and ammunition was stolen, in violation of 18 U.S.C. § 922(i).

## COUNT II

That in or about and between December 11, 2019, and December 23, 2019, at Kalispell, in Flathead County, in the State and District of Montana, and elsewhere, the defendant, JEREMY ANTHONY O'CANNA, knowing he was subject to a court order, issued by Flathead County District Court, on December 3, 2019, in docket number 5, after a hearing of which he received actual notice, and at which he had an opportunity to participate, restraining him from harassing and threatening an intimate partner, that by its terms explicitly prohibited the use, attempted use and threatened use of physical force against such intimate partner that reasonably would be expected to cause bodily injury, knowingly possessed, in and affecting interstate commerce, a firearms and ammunition, in violation of 18 U.S.C. § 922(g)(8).

## COUNT III

That in or about and between December 11, 2019, and December 23, 2019, at Kalispell, in Flathead County, in the State and District of Montana, and elsewhere, the defendant, JOSEPH VERNON HOLMSTROM, who was then under indictment for a crime punishable by imprisonment for a term exceeding one year, did willfully possess and transport in interstate commerce from Montana to Idaho, firearms and ammunition, in violation of 18 U.S.C. § 922(n).

COUNT IV

That in or about and between January 2019 and December 2019, in Flathead

County, in the State and District of Montana, and elsewhere, the defendant,

JOSEPH VERNON HOLMSTROM, knowingly and unlawfully possessed with the

intent to distribute, 500 or more grams of a substance containing a detectable

amount of methamphetamine, a Schedule II controlled substance, in violation of 21

U.S.C. § 841(a)(1).

A TRUE BILL.     <span style="color:red">Foreperson signature redacted. Original document filed under seal.</span>

_____
(for KURT G. ALME
United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Summons - O'Canna
Warrant - Holmstrom
IA/Arraignment O'Canna -
9/28/20 @ 1:30 p.m.
w/ KLD in Missoula

4