IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEREMY ANTHONY O'CANNA,<br><br>Defendant. | CR 20–39–M–DWM–01<br><br>NOTICE |

In anticipation of the final revocation hearing set for February 14, 2025, the Court provides notice that it is contemplating imposing an upward variance. *Cf.* Fed. R. Crim. P. 32(h). Such a variance is contemplated to protect the public in light of the defendant's admitted prior possession of dangerous drugs and his repeated use of prohibited substances, as well as his breach of the Court's trust. *See* 18 U.S.C. §§ 3553(a)(2)(C), 3583(e); *United States v. Miqbel*, 444 F.3d 1173, 1181 (9th Cir. 2006).

DATED this 11th day of February, 2025.

_____
Donald W. Molloy, District Judge
United States District Court